**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Juan Diego Canas Canas,<br>Petitioner,<br>v.<br>Unknown Party, et al.,<br>Respondents. | No. CV-26-05677-PHX-MTL<br><br>**ORDER** |

Petitioner filed his Petition under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 3.) In the Response, Respondents state: "Respondents do not oppose an order from the Court granting Petitioner a bond hearing." (Doc. 6.) The Court accepts this concession as non-opposition to granting the Petition in part and direct that Petitioner promptly receive a bond hearing.[1]

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven days of the date of this Order** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

---

[1] Petitioner has filed a separate action, CV 26-00777-PHX-MTL (DMF), raising substantially the same claims as those herein. In light of this Order, the Court will enter a separate order in -00777 dismissing that action as moot.

(3) Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 21st day of August, 2026.

Michael T. Liburdi
United States District Judge