BGN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Juan Diego Canas Canas,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-05677-PHX-MTL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) On August 21, 2026, the Court granted the Petition in part, requiring Respondents to provide Petitioner with a bond redetermination hearing within seven days of the date of the Order or release Petitioner from custody. (Doc. 7.) As part of that Order, the Court required Respondents to provide a notice of compliance within three days of releasing Petitioner or providing Petitioner a bond hearing. (*Id.* at 2.) No notice of compliance has been filed. On August 31, 2026, Petitioner filed a "Motion to Consider My Petition in Light of Recently Decided Cases" (Doc. 9), which states he remains subject to unlawful prolonged detention and that the appropriate remedy is his immediate release.

**IT IS ORDERED** Respondents must file a notice of compliance within **two days** of this Order.

. . . .

. . . .

**IT IS FURTHER ORDERED** Respondents must file a response to Petitioner's Motion (Doc. 9) no later than **September 30, 2026**. Petitioner may file a reply no later than **October 7, 2026**.

Dated this 24th day of September, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge